Review One.

UNITED STATES DISTRICT COURT
Eastern ▃▃▃▃ DISTRICT OF NEW YORK

**ORIGINAL**

FORM TO BE USED IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983
(Prisoner Complaint Form)

**VITALIANO, J.**

## 1. CAPTION OF ACTION

**CV 12 - 3220**

**A.    Full Name And Prisoner Number of Plaintiff:  NOTE:** *If more than one plaintiff files this action and seeks in forma pauperis status, each plaintiff must submit an in forma pauperis application and a signed Authorization or the only plaintiff to be considered will be the plaintiff who filed an application and Authorization.*

DAVid HAyward # 05-A-6315

RECEIVED
JUN 25 2012
PRO SE OFFICE

**POLLAK M.J**

-vs-

**B.    Full Name(s) of Defendant(s)  NOTE:** *Pursuant to Fed.R.Civ.P. 10(a), the names of all parties must appear in the caption. The court may not consider a claim against anyone not identified in this section as a defendant. If you have more than six defendants, you may continue this section on another sheet of paper if you indicate below that you have done so.*

1. The City of New York et Al,    2. P.O. Jeffrey Hill # 73rd precinct.
3. P.O. John Doe # 73ed precinct  4. Badge # unknown
5. _____  6. _____

## 2. STATEMENT OF JURISDICTION

This is a civil action seeking relief and/or damages to defend and protect the rights guaranteed by the Constitution of the United States.  This action is brought pursuant to 42 U.S.C. § 1983.  The Court has jurisdiction over the action pursuant to 28 U.S.C. §§ 1331, 1343(3) and (4), and 2201.

## 3. PARTIES TO THIS ACTION

**PLAINTIFF'S INFORMATION  NOTE:** *To list additional plaintiffs, use this format on another sheet of paper.*

Name and Prisoner Number of Plaintiff: DAVid HAyward 05-A-6315

Present Place of Confinement & Address: Groveland correctional facility
P.O. Box 50,  Sonyea, new york 14556-0050

Name and Prisoner Number of Plaintiff:_____ _none_ _____

Present Place of Confinement & Address:_____

_____

_____

**DEFENDANT'S INFORMATION NOTE:** *To provide information about more defendents then there is room for here, use this format on another sheet of paper.*

Name of Defendant: _The City of New York et Al,_

(If applicable) Official Position of Defendant: _Corporation Counselor city of New York_

(If applicable) Defendant is Sued in _____ Individual and/or _✓_ Official Capacity

Address of Defendant: _100 Church Street_

_New York, N.Y. 10007_

Name of Defendant: _Jeffrey Hill # Badge# unknown_

(If applicable) Official Position of Defendant: _Police Officer_

(If applicable) Defendant is Sued in _____ Individual and/or _✓_ Official Capacity

Address of Defendant: _73rd Precinct        East New York_

_Avenue, Brooklyn, New york_

Name of Defendant:_____

(If applicable) Official Position of Defendant:_____

(If applicable) Defendant is Sued in _____ Individual and/or _____ Official Capacity

Address of Defendant:_____

_____

## 4. PREVIOUS LAWSUITS IN STATE AND FEDERAL COURT

A.    Have you begun any other lawsuits in **state or federal court** dealing with **the same facts involved in this action?**    Yes_____    No _✓_

If Yes, complete the next section. NOTE: *If you have brought more than one lawsuit dealing with the same facts as this action, use this format to describe the other action(s) on another sheet of paper.*

1. Name(s) of the parties to this other lawsuit:

   Plaintiff(s):_____ *None*_____

   Defendant(s):_____

2. Court (if federal court, name the district; if state court, name the county):_____

   _____

3. Docket or Index Number:_____

4. Name of Judge to whom case was assigned:_____

5. The approximate date the action was filed:_____

6. What was the disposition of the case?

   • Is it still pending? Yes_____ No_____

       • If not, give the approximate date it was resolved._____.

   • Disposition (check the boxes which apply):

       ☐ <u>Dismissed</u> (check the box which indicates why it was dismissed):

           ☐   By court *sua sponte* as frivolous, malicious or for failing to
               state a claim upon which relief can be granted;

           ☐   By court for failure to exhaust administrative remedies;

           ☐   By court for failure to prosecute, pay filing fee or otherwise
               respond to a court order;

           ☐   By court due to your voluntary withdrawal of claim;

       ☐ <u>Judgment</u> upon motion or after trial entered for

           ☐ plaintiff

           ☐ defendant.

**B.** Have you begun **any other lawsuits** in **federal court** which **relate to your imprisonment**?

   Yes_____    No___✓___

<u>If Yes, complete the next section.</u> NOTE: *If you have brought more than one other lawsuit dealing with your imprisonment, use this same format to describe the other action(s) on another sheet of paper.*

1. Name(s) of the parties to this other lawsuit:

   Plaintiff(s):_____ *none*_____

   Defendant(s):_____

2.    District Court:_____    *none*

3.    Docket Number:_____

4.    Name of District or Magistrate Judge to whom case was assigned:_____
_____

5.    The approximate date the action was filed:_____

6.    What was the disposition of the case?

- Is it still pending?  Yes_____  No_____

    - If not, give the approximate date it was resolved._____.

- Disposition (check the boxes which apply):   .

    ☐ Dismissed (check the box which indicates why it was dismissed):

        ☐    By court *sua sponte* as frivolous, malicious or for failing to state
             a claim upon which relief can be granted;

        ☐    By court for failure to exhaust administrative remedies;

        ☐    By court for failure to prosecute, pay filing fee or otherwise respond to
             a court order;

        ☐    By court due to your voluntary withdrawal of claim;

    ☐ Judgment upon motion or after trial entered for

        ☐ plaintiff

        ☐ defendant.

---

## 5.  STATEMENT OF CLAIM

For your information, the following is a list of some of the most frequently raised grounds for relief in
proceedings under 42 U.S.C. § 1983.  (This list does not include all possible claims.)

- Religion
- Free Speech
- Due Process
- Equal Protection

- Access to the Courts
- False Arrest
- Excessive Force
- Failure to Protect

- Search & Seizure
- Malicious Prosecution
- Denial of Medical Treatment
- Right to Counsel

**Please note that** it is not enough to just list the ground(s) for your action.  You **must** include a statement
of the facts which you believe support each of your claims.

**Fed.R.Civ.P. 8(a)** states that a pleading must contain "a short and plain statement of the claim showing that
the pleader is entitled to relief." "The function of pleadings under the Federal Rules is to give fair notice of
the claim asserted.  Fair notice is that which will enable the adverse party to answer and prepare for trial,

4

allow the application of res judicata, and identify the nature of the case so it may be assigned the proper form of trial." Simmons v. Abruzzo, 49 F.3d 83, 86 (2d Cir. 1995).

Fed.R.Civ.P. 10(b) states that "[a]ll averments of claim ... shall be made in numbered paragraphs, the contents of each of which shall be limited as far a practicable to a single set of circumstances."

A. **FIRST CLAIM:** On (date of the incident) _August 16, 2011_,

defendant (give the <u>name and position held</u> of <u>each defendant</u> involved in this incident) _____

_See_
_attached_

did the following to me (briefly state what each defendant named above did): _____

_See_
_attached_
_statement of_
_Claim_

The constitutional basis for this claim under 42 U.S.C. § 1983 is: _violation of_
_the 4th 5th 14 Amendment false arrest_

The relief I am seeking for this claim is (briefly state the relief sought): _Compensatory_
_and punitive damages One hundred thousand_
_dollars. ($100,000.00)_

**Exhaustion of Administrative Remedies**

According to **42 U.S.C. § 1997e(a)**, "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prison er confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Did you grieve and/or appeal this claim:       Yes_____    No _✓_

If your answer is yes, state the result:_____

Did you appeal that decision:   Yes_____   No_____

If your answer is yes, state the result:_____

> *Attach any documents which indicate that you have*
> *exhausted your administrative remedies regarding this claim.*

If your answer is no, state why you did not: ___*non- grievable in*

___*Correctional institution*___

**B. SECOND CLAIM:** On (date of the incident) _____,

defendant (give the **name and position held** of **each defendant** involved in this incident) _____

(1) _____ *See* _____

_____ *attached* _____

did the following to me (briefly state what each defendant named above did): _____

(2) _____ *See* _____

_____ *attached* _____

_____ *statement of* _____

_____ *Claim.* _____

The constitutional basis for this claim under 42 U.S.C. § 1983 is: ___*Violation of*

___*4th 5th 14th Amendment false arrest*

The relief I am seeking for this claim is (briefly state the relief sought): ___*Compensatory*

*and punitive damages One hundred thousand*

*dollars.   $ 100,000,00*

6

3. The plaintiff alleges that on August 16, 2011, in the county of Kings, Brooklyn, new york, that, the plaintiff was falsely arrested without any probable cause and also without his consent by the new york city police department police offices, jeffrey Hill # _____ of the 73rd precinct acting under the color of state law.

4. The plaintiff alleges that the new york city police department police offices jeffrey Hill # _____ forcibly restrained and handcuffed the plaintiff in his home located at : 565 chauncey street Brooklyn, new york, Apartment #2, and thereby acting under the color of state law deprived the plaintiff of his constitutional liberties in violation of his 4th 5th 14th Amendments to the united states constitution.

5. The plaintiff alleges that on August 16, 2011, in the county of Kings, Brooklyn, new york, that, police offices jeffrey Hill # _____ of the new york police department 73rd precinct acting under the color of state law after forcibly restraining the plaintiff by handcuffing him without his consent and without probable cause thereafter removed the plaintiff from his home and transported the plaintiff to the 73rd precinct station-house and unlawfully imprisoned, detained the plaintiff thereby depriving him

of his constitutional liberties in violation of his 4th 5th 14th Amendments of the United States constitution.

(6) The plaintiff alleges that on August 16, 2011, in the county of Kings, Brooklyn, New York, that police officer jeffery hill # _____ of the New York City police department 73rd precinct acting under the color of state law subjected the plaintiff to unlawful imprisonment without probable cause, and without his consent and thereafter stripped searched the plaintiff, humiliating the plaintiff and then processed the plaintiff for arrest and criminal prosecution in the local criminal court of Kings county.

(7) The plaintiff alleges that on August 16-17, 2011, the people of the State of New York, and the New York City police department commenced criminal proceedings against the plaintiff under Docket # 2011KN066376, for the following charge(s) assault 2nd degree, menacing 2d degree, Harassment 2d degree, criminal possession weapon 4th degree, in the kings county criminal court.

(8) The plaintiff alleges that he was assigned legal aid society counsel: Genesis fisher, of 111 livingston street, Brooklyn, New York, and during arraignment in the local criminal court on the charge(s), the petitioner was released in his own recognizance.

(9) The plaintiff alleges that due to his false arrest, unlawful imprisonment - detention, malicious prosecution, that as a conditional released parolee of the state of New York, that he was subsequently violated for the arrest, unlawful imprisonment, and malicious prosecution by the people of the state of New York, et al, and the New York city police department police officers, jeffery dill # _____ acting under the color of state law for the following charges pending in the Kings county criminal court under Docket # 2011KN066376 which resulted in termination of dismissal for the plaintiff pursuant to criminal procedure law 160.50 of all charges.

(10) The plaintiff alleges that due to his false arrest, unlawful imprisonment, malicious prosecution by the defendant(s) acting under the color of state law in depriving his constitutional rights and liberties 4th 5th 14th Amendments of the united states constitution, that after being violated by the New York state division of parole et al, that he was and continues to date suffer the consequences of his false arrest, unlawful imprisonment, malicious prosecution, when the judge with the consent of the people of the state of New York, issued an order of protection ordering the plaintiff to "change his address" which ultimately was the cause of the plaintiff's parole violation and sentence of one year to the New York state department

(8) by the new york state division of parole
et.al, based on the false arrest, unlawful
imprisonment, malicious prosecution,
intentional emotional and mental
anguish, and the plaintiff now seeks,
one hundred thousand dollars $100,000.00
for the following statements of claim
and deprivation of plaintiff's constitutional
rights and liberties under the 4th 5th,
14th Amendment rights of the united states
constitution by the defendant(s) acting
under the color of state law.

Dated june 15, 2012
Sonyea, new york

Respectfully
submitted.

DAvid HAyward
05-A-6315

### Exhaustion of Administrative Remedies

According to **42 U.S.C. § 1997e(a)**, "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Did you grieve and/or appeal this claim:      Yes_____   No__✓__

    If your answer is yes, state the result:_____.

    Did you appeal that decision:   Yes_____   No__✓__

    If your answer is yes, state the result:_____.

    *Attach any documents which indicate that you have exhausted your administrative remedies regarding this claim.*

    If your answer is no, state why you did not: _____ none grievable in correctional institution _____

If you have additional claims, use the above format to set them out on additional sheets of paper.

## 6. RELIEF SOUGHT

*Summarize the relief requested by you in each statement of claim above.*

One hundred thousand dollars $100,000.00 for the violation of 4th 5th 14th Amendment rights of United States constitution in the deprivation of liberties, by the defendant(s) acting under the color of state law.

Do you want a jury trial? Yes__✓__   No_____

**I declare under penalty of perjury that the foregoing is true and correct.**

Executed on _June 15, 2012_
                    (date)

**NOTE:** *Each* plaintiff must sign this complaint and must also sign all subsequent papers filed with the Court.

        DAVid HAyward
        David Hayward

        _____
            Signature(s) of Plaintiff(s)

7